■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS GRAVES, Appellant. [747 NYS2d 191]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Florio, Feuerstein and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JACOBS, Also Known as MILLARD SHANNON, Appellant. [747 NYS2d 190]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Santucci, J.P., Florio, O'Brien and Luciano, JJ., concur.